From: **Rob Burns** <rob@nightshiftbrewing.com>Date: Thu, Aug 1, 2019 at 9:18 PM
Subject: Re: Loverboy Follow Up
To: Emily Bregman <hello@drinkloverboy.com>
Cc: Nick Califano <nick@drinkloverboy.com>, Kyle Cooke <kyle@drinkloverboy.com>

Hi all,

Great connecting with everyone today. I think we could have a fun & profitable partnership in
MA and possibly other states (CT, NJ, Philly). I hope it came across over the phone but our
passion, resourcefulness, and high customer service has done amazing things for us in MA. We
were just named by Whole Foods as their Speciality Overall Supplier of the Year for the North
Atlantic Region. Our unique model also gives us a number of advantages over the traditional
wholesale model. From our 2 brewery locations to our Owl Nest Beer Gardens in Boston to
having a full service marketing department we can do a lot of great stuff. And just as a reference
point our distro business has been able to grow Night Shift from a tiny no-namenano brewery to
the #2 craft brewer in the MA Liquor store market (as measured by IRI).
Only Boston beer sells more beer than us. We have grown several of our partner brands intothe
Top 100 brands in the state.

My goal is to build a diverse portfolio of products and limit overlap so we can focus our
resources for each category on a few brands/products. Loverboy would be the only Hard Teafor
the foreseeable future (besides NSB seltzer). Our team loves targeting the big players andthus we
would have fun with this product that is better quality and healthier for you.

Attached is our standard contract but open to edits. We can move fast if need be. Certainly take
your meeting with the Craft Beer Guild next week. We would love to have the opportunity to
respond to anything that arise from that meeting before you decide a direction.

In the meantime - reach out anytime with questions. And if you are able to would love to sample
the product. If you could send some to us that would be awesome. Details below. If you want to
come to Boston we would gladly meet in person. We can also come down to NYCtoo if that is
preferred.

Send to:
Night Shift DistributingATTN: Rob Burns
220 2nd Street
Chelsea, MA 02150

Cheers,Rob