**Robert Burns**
rob_nsb



### Robert Burns

rob_nsb · Instagram

1K followers · 81 posts

Follows you

You both follow bevnet and 3 others

View Profile

JUL 31, 2019

Hi Kyle - big fan of the show (especially you and Amanda)! I co-founded a brewery in Boston and also started a beverage distribution business here in MA. If loverboy is looking for a partner in MA/Boston we would love the opportunity to meet and see if we can be a good mutual fit for you both. We service nearly 2,000 locations in the state from mom and pop to chain stores like whole foods and target. Shoot me an email anytime : rob@nightshiftbrewing.com. Best of luck with the product - I know how hard it is to put all your heart and soul into something and then unleash it to the wild.

Message...