Our locations are now open + operating under adjusted hours. Make a reservation!

 

# PARTNERS

We believe that companies should have the option to partner with distributors who come from similar roots. NSD offers beverage companies a like-minded distribution partner with a strong focus on product quality and freshness, brand control, and customer service. We offer every partner:

- A complete cold-chain life-cycle for every bottle, can, and keg
- No lifetime contracts – archaic franchise laws will be ignored
- An oath that NSD will not partake in pay-to-play, illicit discounting, or anything that might be termed the "gray area" of legal

Listed below are all of the partners with whom we proudly distribute across Massachusetts:

## BEER



ABANDONED BUILDING BREWERY

Our locations are now open + operating under adjusted hours. Make a reservation!






### ARTISANAL BREW WORKS
SARATOGA SPRINGS, NY



### ATHLETIC BREWING CO.
STRATFORD, CT

Our locations are now open + operating under adjusted hours. Make a reservation!







**DESTIHL BREWERY**
NORMAL, IL



**DEVIL'S PURSE BREWING CO.**
SOUTH DENNIS, MA



Our locations are now open + operating under adjusted hours. Make a reservation!





## FROST BEER WORKS
HINESBURG, VT



## GOOD MEASURE BREWING CO.
NORTHFIELD, VT



## GHOSTFISH BREWING CO.
SEATTLE, WA

Our locations are now open + operating under adjusted hours. Make a reservation!







#### GREAT NORTH ALEWORKS
MANCHESTER, NH

#### HIGH WATER BREWING
SAN LEANDRO, CA

#### MAGNIFY BREWING
FAIRFIELD, NJ

Our locations are now open + operating under adjusted hours. Make a reservation!






## MAST LANDING BREWING CO.
WESTBROOK, ME

## NIGHT SHIFT BREWING
EVERETT, MA



Our locations are now open + operating under adjusted hours. Make a reservation!

 



### PROGRESSION BREWING CO.
NORTHAMPTON, MA



### RAGGED ISLAND BREWING CO.
PORTSMOUTH, RI



Our locations are now open + operating under adjusted hours. Make a reservation!





CAMBRIDGE, MD



### REDEMPTION ROCK BREWING CO.
WORCESTER, MA



### REINHEITS BOTEN
IMPORTED FROM GERMANY



Our locations are now open + operating under adjusted hours. Make a reservation!




### SMALL CHANGE BREWING CO.
SOMERVILLE, MA



### TAMPA BAY BREWING CO.
TAMPA, FL

### TEN BENDS BEER
HYDE PARK, VT



Our locations are now open + operating under adjusted hours. Make a reservation!







### TROPHY BREWING CO.
RALEIGH, NC



### UNTOLD BREWING
SCITUATE, MA



### WIDOWMAKER BREWING
BRAINTREE, MA

Our locations are now open + operating under adjusted hours. Make a reservation!





**BEMBEL WITH CARE**
BIRKENAU, GERMANY



**LOVERBOY**
MANHATTAN, NY

# WINE



Our locations are now open + operating under adjusted hours. Make a reservation!







**LOUIS B CHAMPAGNES**

AY, FRANCE

**CHATEAU DES ARRAS**

SAINT-GERVAIS, FRANCE

**DAVID LARGE**

MONTMELAS, FRANCE

Our locations are now open + operating under adjusted hours. Make a reservation!






### DOMAINE LALAURIE
OUVEILLAN, FRANCE



### DOMAINE LES LYS
BLAUZAC, FRANCE

# SPIRITS



Our locations are now open + operating under adjusted hours. Make a reservation!




## DAD'S HAT RYE
BRISTOL, PA



## DAVID JAMES
GEORGETOWN, KENTUCKY

## NEELEY FAMILY DISTILLERS
SPARTA, KENTUCKY

Our locations are now open + operating under adjusted hours. Make a reservation!

 

 

### RHODE ISLAND SPIRITS
PAWTUCKET, RI



### SHORT PATH DISTILLERY
EVERETT, MA

# NON - ALC



Our locations are now open + operating under adjusted hours. Make a reservation!






**NOBL BEVERAGES**
EXETER, NH



**RIPE**
NEW HAVEN, CT

Our locations are now open + operating under adjusted hours. Make a reservation!

 

NEWTON, MA

## NIGHT SHIFT BREWING NEWS & UPDATES

Email Address | Everything ▼

**SUBMIT**

NIGHT SHIFT BREWING ▼

VISIT US ▼

INFO ▼

GET IN TOUCH ▼