

December 1, 2020

Rob Burns
Night Shift Distributing, LLC
220 2nd Street
Chelsea, MA 02150

RE: Termination of Night Shift Distributing (NSB) Distribution Agreement

Dear Rob,

This follows my November 25, 2020 letter to you, attached hereto for ease of reference. In that letter, Loverboy, Inc. notified NSD of its intent to terminate the Distribution Agreement between NSB and Loverboy, made effective on October 8, 2019 (the "Agreement").

Though I sent you that letter via email, the Notice provision of the Agreement requires that formal notice be delivered only via certified mail or nationally recognized overnight delivery. Out of an abundance of caution, and although you received actual notice of that letter and we have engaged in subsequent correspondence regarding it, I am sending this letter on behalf of Loverboy to cure any procedural defects in such notice and to once again formally notify NSB of Loverboy's intent to terminate the Agreement in conjunction with Section 2.2 of the Agreement.

My previous letter stated that the Agreement would terminate on December 24, 2020. Out of an abundance of caution, and to properly comply with Section 9.4 of the Agreement, Loverboy hereby provides notice of the termination of the Agreement, to be effective on January 1, 2021, thirty days from your receipt of this letter. If NSD still wishes to proceed with a December 24 termination as originally contemplated by Loverboy, please let us know and we can agree on such termination date in an instrument to be signed by both parties. Otherwise, we will proceed with a January 1, 2021 termination date.

Consistent with our prior correspondence, we look forward to an amicable transition of Loverboy's distribution rights in the Territory.

Please do not hesitate to call me if you have any questions.

Sincerely,

Kyle Cooke
CEO
Loverboy, Inc.