UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOVERBOY INC., ) | |
|       *Plaintiff*, ) | |
| v. ) | Case No. 1:21-cv-10758-DPW |
| NIGHT SHIFT DISTRIBUTING, LLC, ) | |
| and ) | |
| ROBERT BURNS, ) | |
|       *Defendants*. ) | |

**LOVERBOY INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Loverboy Inc. ("Loverboy") states as follows:

1. Loverboy does not have a parent company.

2. No publicly-held corporation owns more than 10% of Loverboy.

        Respectfully submitted,

        **LOVERBOY INC.,**
        By its Attorneys,

        **WHITE AND WILLIAMS LLP**

        /s/ Timothy J. Keough
        Timothy J. Keough (BBO #691562)
        101 Arch Street, Suite 1930
        Boston, MA 02110
        617-748-5200
        keought@whiteandwilliams.com