UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOVERBOY INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**NIGHT SHIFT DISTRIBUTING, LLC and ROBERT BURNS**<br><br>*Defendants.* | CASE NO.: 1:21-cv-10758 |

## RULE 7.1 DISCLOSURE STATEMENT OF
## NIGHT SHIFT DISTRIBUTING, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Night Shift Distributing, LLC ("Night Shift") submits the following disclosure statement: Night Shift states that Night Shift Brewing, Inc. is its parent company, and no publicly held corporation owns 10% or more of its stock.

In making this disclosure, Night Shift does not waive and explicitly reserves all objections and defenses.

Respectfully submitted,

/s/ *Matthew L. Knowles*
Matthew L. Knowles (BBO #678935)
Natasha L. Dobrott (BBO #705287)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
Tel: (617) 535-4000
Fax: (617) 321-4608
mknowles@mwe.com
ndobrott@mwe.com

Alva Mather (*pro hac vice* forthcoming*)*
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW, Washington, DC 20001-1531

Tel: (202) 756-8000
Fax: (202) 756-8087
amather@mwe.com

*Counsel for Defendants Night Shift Distributing, LLC and Robert Burns*

Dated: June 2, 2021

**Certificate of Service**

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Matthew L. Knowles*
Matthew L. Knowles (BBO #678935)