### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOVERBOY INC.,**<br><br>*Plaintiff,*<br>v.<br><br>**NIGHT SHIFT DISTRIBUTING, LLC and ROBERT BURNS**<br><br>*Defendants.* | CASE NO.: 1:21-cv-10758 |

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

On June 25, 2021, Defendants Night Shift Distributing, LLC and Robert Burns (together, "Defendants") will file a Motion to Dismiss Loverboy Inc. ("Loverboy")'s Complaint (ECF No. 1) under Rules 12(b)(1) and 12(b)(6).

Due to the number of claims, complexity of the relevant legal issues, and to properly address Loverboy's Complaint, Defendants respectfully move for leave to file a memorandum in excess of the 20-page limit under Local Rule 7.1.  Defendants respectfully request leave to file 7 additional pages. Likewise, Defendants respectfully propose the same extension of the page limit (7 additional pages, for a total of 27 pages) for Loverboy's opposition brief.

Defendants' counsel has conferred with counsel for Loverboy, who indicate that they assent to the motion.

Respectfully submitted,

/s/ *Matthew L. Knowles*
Matthew L. Knowles (BBO #678935)
Natasha L. Dobrott (BBO #705287)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
Tel: (617) 535-4000
Fax: (617) 321-4608
mknowles@mwe.com
ndobrott@mwe.com

Alva Mather (*pro hac vice* forthcoming*)*
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW, Washington, DC 20001-1531
Tel: (202) 756-8000
Fax: (202) 756-8087
amather@mwe.com

*Counsel for Defendants Night Shift Distributing, LLC and Robert Burns*

Dated: June 23, 2021

## Local Rule 7.1 Certification

Pursuant to Local Rule 7.1, I certify that I have conferred with counsel for the Plaintiff in an attempt in good faith to resolve or narrow the issues presented by this motion. Counsel for the Plaintiff have assented to the relief requested.

Date:   June 23, 2021          /s/ *Matthew L. Knowles*
                               Matthew L. Knowles (BBO #678935)

## Certificate of Service

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ *Matthew L. Knowles*
Matthew L. Knowles (BBO #678935)