# Exhibit 5

Our locations are now open + operating under adjusted hours. Make a reservation!

 

# PARTNERS

We believe that companies should have the option to partner with distributors who come from similar roots. NSD offers beverage companies a like-minded distribution partner with a strong focus on product quality and freshness, brand control, and customer service. We offer every partner:

- A complete cold-chain life-cycle for every bottle, can, and keg
- No lifetime contracts – archaic franchise laws will be ignored
- An oath that NSD will not partake in pay-to-play, illicit discounting, or anything that might be termed the "gray area" of legal

Listed below are all of the partners with whom we proudly distribute across Massachusetts:

## BEER



ABANDONED BUILDING BREWERY

Our locations are now open + operating under adjusted hours. Make a reservation!







### ARTISANAL BREW WORKS
SARATOGA SPRINGS, NY



### ATHLETIC BREWING CO.
STRATFORD, CT

Our locations are now open + operating under adjusted hours. Make a reservation!






**DESTIHL BREWERY**
NORMAL, IL



**DEVIL'S PURSE BREWING CO.**
SOUTH DENNIS, MA



2/8/2021 Case 1:21-cv-10758-DPW   Document 16-5   Filed 07/16/21   Page 5 of 18
Partners - Night Shift Brewing

Our locations are now open + operating under adjusted hours. Make a reservation!




## FROST BEER WORKS
HINESBURG, VT



## GOOD MEASURE BREWING CO.
NORTHFIELD, VT



## GHOSTFISH BREWING CO.
SEATTLE, WA

Our locations are now open + operating under adjusted hours. Make a reservation!

 



#### GREAT NORTH ALEWORKS
MANCHESTER, NH



#### HIGH WATER BREWING
SAN LEANDRO, CA



#### MAGNIFY BREWING
FAIRFIELD, NJ

Our locations are now open + operating under adjusted hours. Make a reservation!







### MAST LANDING BREWING CO.
WESTBROOK, ME

### NIGHT SHIFT BREWING
EVERETT, MA



Our locations are now open + operating under adjusted hours. Make a reservation!






**PROGRESSION BREWING CO.**
NORTHAMPTON, MA



**RAGGED ISLAND BREWING CO.**
PORTSMOUTH, RI



2/8/2021 Case 1:21-cv-10758-DPW   Document 16-5   Filed 07/16/21   Page 9 of 18
Partners – Night Shift Brewing

Our locations are now open + operating under adjusted hours. Make a reservation!




CAMBRIDGE, MD



**REDEMPTION ROCK BREWING CO.**
WORCESTER, MA



**REINHEITS BOTEN**
IMPORTED FROM GERMANY



Our locations are now open + operating under adjusted hours. Make a reservation!






### SMALL CHANGE BREWING CO.
SOMERVILLE, MA



### TAMPA BAY BREWING CO.
TAMPA, FL

### TEN BENDS BEER
HYDE PARK, VT

Our locations are now open + operating under adjusted hours. Make a reservation!






### TROPHY BREWING CO.
RALEIGH, NC



### UNTOLD BREWING
SCITUATE, MA



### WIDOWMAKER BREWING
BRAINTREE, MA

Our locations are now open + operating under adjusted hours. Make a reservation!





**BEMBEL WITH CARE**
BIRKENAU, GERMANY



**LOVERBOY**
MANHATTAN, NY

# WINE



Our locations are now open + operating under adjusted hours. Make a reservation!




**LOUIS B CHAMPAGNES**

AY, FRANCE



**CHATEAU DES ARRAS**

SAINT-GERVAIS, FRANCE

**DAVID LARGE**

MONTMELAS, FRANCE

Our locations are now open + operating under adjusted hours. Make a reservation!







### DOMAINE LALAURIE
OUVEILLAN, FRANCE



### DOMAINE LES LYS
BLAUZAC, FRANCE

# SPIRITS



Our locations are now open + operating under adjusted hours. Make a reservation!




### DAD'S HAT RYE
BRISTOL, PA



### DAVID JAMES
GEORGETOWN, KENTUCKY



### NEELEY FAMILY DISTILLERS
SPARTA, KENTUCKY

Our locations are now open + operating under adjusted hours. Make a reservation!

 

 

#### RHODE ISLAND SPIRITS
PAWTUCKET, RI



#### SHORT PATH DISTILLERY
EVERETT, MA

# NON - ALC



Our locations are now open + operating under adjusted hours. Make a reservation!







**NOBL BEVERAGES**
EXETER, NH



**RIPE**
NEW HAVEN, CT

Our locations are now open + operating under adjusted hours. Make a reservation!

 

NEWTON, MA

## NIGHT SHIFT BREWING NEWS & UPDATES

Email Address | Everything ▾

**SUBMIT**

NIGHT SHIFT BREWING ▾

VISIT US ▾

INFO ▾

GET IN TOUCH ▾