# Exhibit 7

Our Everett, Lovejoy Wharf, & Owl's Nest locations are back to 100% capacity!

 

# PARTNERS

We believe that companies should have the option to partner with distributors who come from similar roots. NSD offers beverage companies a like-minded distribution partner with a strong focus on product quality and freshness, brand control, and customer service. We offer every partner:

- A complete cold-chain life-cycle for every bottle, can, and keg
- No lifetime contracts – archaic franchise laws will be ignored
- An oath that NSD will not partake in pay-to-play, illicit discounting, or anything that might be termed the "gray area" of legal

Listed below are all of the partners with whom we proudly distribute across Massachusetts:

# BEER







To standout in a field crowded with India Pale Ales (IPA) and Double IPAs, we will…

Aeronaut's mission is to share the excitement…

Pioneering a craft beer revolution one non-alcoholic beer at a time.

Athletic…





### 67 DEGREES BREWING
FRANKLIN, MA

### AERONAUT
SOMERVILLE, MA

### ARTISANAL BREW WORKS
SARATOGA SPRINGS, NY

### ATHLETIC BREWING CO.
STRATFORD, CT







In the seashore community where they were born and raised, the Carton boys found a turn-of-the-century red brick warehouse…

Devil's…

### CARTON BREWING CO
ATLANTIC HIGHLANDS, NJ

### DESTIHL BREWERY
NORMAL, IL

### DEVIL'S PURSE BREWING CO.
SOUTH DENNIS, MA

house. Applying a

continue raising the

exceptional







Five Boroughs

MORE INFO

**FROST BEER WORKS**

HINESBURG, VT

**FIVE BOROUGHS BREWING CO**

BROOKLYN, NY

**GHOSTFISH BREWING CO.**

SEATTLE, WA









Great North Aleworks

From the classic

HOP WTR is a benefit-packed, calorie-free sparkling water brewed with hops, adaptogens,

Magnify Brewing Company is about creating the

**GREAT NORTH ALEWORKS**

MANCHESTER, NH

**HIGH WATER BREWING**

SAN LEANDRO, CA

**HOPWTR**

LOS ANGELES, CA

**MAGNIFY BREWING**

FAIRFIELD, NJ

beers, while

unique
fla
the
p

without the
er
er
e
of
l.
l,
y,
ee.

of beer







After perfecting the art of homebrewing

Night Shift Brewing was founded in 2013 by a trio of

With distinctive

MORE INFO

### MAST LANDING BREWING CO.
WESTBROOK, ME

### NIGHT SHIFT BREWING
EVERETT, MA

### PIPEWORKS BREWING
CHICAGO, IL





Built in an 80-year-old former pool hall and bowling alley with the goal of maintaining the building's history

### PROGRESSION BREWING CO.
NORTHAMPTON, MA

### RAGGED ISLAND BREWING CO.
PORTSMOUTH, RI

### RAR BREWING
CAMBRIDGE, MD

positivity, conservation, and ss.



Redemption Rock is built on the idea that

Almeida's excellent home ed gg

Combine The Distelhaeuser Brauerei, The  Brauerei, The Friedenfelser Brauerei, The Riedenburger

RE I

pr ha ca

Small Change

since the summer o

s



Industry veterans Keith Fekete and Sam Kayata team up in sunny Miami to form a gypsy

### REDEMPTION ROCK BREWING CO.
WORCESTER, MA

### REINHEITS BOTEN
IMPORTED FROM GERMANY

### SMALL CHANGE BREWING CO.
SOMERVILLE, MA

### SUN LAB BREWING
MIAMI, FL



Established in 1995, TBBC has played a



It all started when two brewers embarked upon a



TORCH & CROWN BREWING COMPANY EXISTS

### TAMPA BAY BREWING CO.
TAMPA, FL

### TEN BENDS BEER
HYDE PARK, VT

### TORCH & CROWN BREWING CO
NEW YORK, NY

brewing flavorful

adversities of

YORK CITY. WE







### TROPHY BREWING CO.
RALEIGH, NC

### UNTOLD BREWING
SCITUATE, MA

### WIDOWMAKER BREWING
BRAINTREE, MA

## CIDER, SELTZER, AND HARD TEA



## BEMBEL WITH CARE
BIRKENAU, GERMANY

# WINE





Jean-Barthélémy

Chanoel. The house

### BENEVOLENT NEGLECT
NAPA, CA

### LOUIS B CHAMPAGNES
AY, FRANCE

### CHATEAU DES ARRAS
SAINT-GERVAIS, FRANCE




### DAVID LARGE
MONTMELAS, FRANCE

### DOMAINE LALAURIE
OUVEILLAN, FRANCE

grandson of a winemaker,

bring their own special touch to the





**KINDRED VINES**
TROY, MI

**DOMAINE LES LYS**
BLAUZAC, FRANCE

# SPIRITS





## DAVID JAMES
GEORGETOWN, KENTUCKY

## FAUXMOSA
NEW YORK, NY







## RHODE ISLAND SPIRITS
PAWTUCKET, RI

## SHORT PATH DISTILLERY
EVERETT, MA

## SPIRITY COCKTAILS

Free. | your drinking experience will be. | sipping experience.

## NON - ALC

MORE INFO | MORE INFO | MORE INFO

  

Located in Ludlow, | Originally created | 

### HARMONY SPRINGS
LUDLOW, MA

### NOBL BEVERAGES
EXETER, NH

### RIPE
NEW HAVEN, CT

spindrift

# SPINDRIFT
NEWTON, MA

| NIGHT SHIFT BREWING | VISIT US | INFO | GET IN TOUCH | NIGHT SHIFT BREWING NEWS & UPDATES | | |
|---|---|---|---|---|---|---|
| Our Products | Everett | Press Inquires | Email Us | | Everything ▼ | SUBMIT |
| Where To Buy | Owl's Nest | Press Kit | P.617.294.4233 | | | |
| Our Story | Lovejoy Wharf | EVENTS | | CONNECT WITH NIGHT SHIFT BREWING | | |
| Merch | | Perform At Night Shift | | | | |
| Distributing | | Careers | | | | |