# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

**LOVERBOY INC.,**

*Plaintiff,*

v.

**NIGHT SHIFT DISTRIBUTING, LLC and ROBERT BURNS**

*Defendants.*

Case No.: 1:21-cv-10758-DPW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Loverboy Inc. and Defendants Night Shift Distributing, LLC and Robert Burns stipulate to the dismissal of this matter with prejudice, with each party bearing its own attorneys' fees and costs, and waiving any right of appeal.

| | |
|---|---|
| **LOVERBOY INC.,** | **NIGHT SHIFT DISTRIBUTING, LLC and ROBERT BURNS** |
| By its attorneys, | By their attorneys, |
| /s/ *Timothy J. Keough* | /s/ *Matthew C. Knowles* |
| Timothy J. Keough (BBO #691562) | Matthew L. Knowles (BBO #678935) |
| WHITE & WILLIAMS LLP | Natasha L. Dobrott (BBO #705287) |
| 101 Arch Street, Suite 1930 | MCDERMOTT WILL & EMERY LLP |
| Boston, MA 02110 | 200 Clarendon Street, Floor 58 |
| Tel: (617) 748-5200 | Boston, MA 02116 |
| keought@whiteandwilliams.com | Tel: (617) 535-4000 |
| | Fax: (617) 321-4608 |
| Brian A. Wainger (*pro hac vice*) | mknowles@mwe.com |
| Kaleo Legal | ndobrott@mwe.com |
| 4456 Corporation Lane | |
| Suite 135 | Alva Mather (*pro hac vice*) |
| Virginia Beach, VA 23462 | MCDERMOTT WILL & EMERY LLP |
| Tel: (757) 965-6804 | 500 North Capitol Street, NW |
| Fax: (757) 304-6175 | Washington, DC 20001-1531 |
| bwainger@kaleolegal.com | Tel: (202) 756-8000 |
| | Fax: (202) 756-8087 |
| | amather@mwe.com |

Dated: September 9, 2021

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

Date: September 9, 2021 /s/ Matthew C. Knowles